# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Case No. **CR 17-239 M**

Petty ☐   Misdemeanor ☐   Felony ☑

Number of Counts: 1   Number of Defendants: 1   USAOID No. _____   By: alk

**INDICTMENT**

Sealed: Yes ☐ No ☑   OCDETF: Yes ☐ No ☑   Notice ☑   Summons ☐   Writ ☐   Warrant ☐   to Issue

| DEFENDANT: | JERRY DRAKE VARNELL | |
|---|---|---|
| Alias(es): | | Address: |
| | | Phone: |
| Age&DOB: XX/XX/1994 (23) | SS#: XXX-XX-4677 | Juvenile: Yes ☐ No ☑   Interpreter: Yes ☐ No ☑ |
| SEX: M ☑ F ☐ | RACE: White | Language/Dialect: English |

**Defendant Status:**

| ☐ Not in Custody | Type of Bond Recommended on this Charge: |
|---|---|
| | OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐ |
| Bond set at: $     Date: | |
| Current Bond on Other Charge Federal ☐ State ☐ | Bond in Amount of: $ |
| ☑ In Jail at: MCC San Diego (temporary) | Under Prisoner/Register No.:     Detention ☑ |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M-17-368 | Government Motion to Detain: Yes ☑ No ☐ |
|---|---|
| Complaint: Yes ☑ No ☐ | Bond Set:     Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
|---|---|
| Additional Defendants: Yes ☐ No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: Marna Franklin | AUSA: Matt Dillon / Mark Stoneman |
|---|---|
| Address: 620 N. Robinson, Suite 203   Oklahoma City, Oklahoma 73102 | Phone: 405/553-8700     Fax: 405/553-8888 |
| Phone: 405-239-2726   Fax: 405-605-2284 | Federal Agent/Agency: FBI |
| Retained ☐   CJA Panel ☑   Public Defender ☐ | Local Agent/Agency: |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 844(i) | Malicious attempted destruction of property used in and affecting interstate commerce. | NLT 5 years and NMT 20 years, BOP; $250,000 fine, or both; a term of supervised release of any term of years or Life; and a $100 special assessment. |

Date: 10/13/2017     Signature of AUSA: _____

800/6-97

*Stamps: FILED IN OPEN COURT OCT 17 2017; RECEIVED OCT 17 2017; CARMELITA REEDER SHINN, CLERK, U.S. DISTRICT COURT, BY ___ DEPUTY*