

Zack Smith   Patricia Renae...   Jack Day

See All Friends >

Posts

**Brent Elisens**
5 mins

I worked for the FBI. we manufactured domestic terrorism (Jerry Drake Varnell). manufactured foreign terrorism isn't a stretch of the imagination.

if you instill fear and control through terrorism:

you're the fucking terrorist.

 Like       Share


Brent Elisens


DEFENDANT'S EXHIBIT 2