

**Injustice in Oklahoma Exposed**
Oct 4 at 8:00pm ·

Oklahoma.FBI is sooo busted. On these audios you will hear Oklahoma FIB agents; Brian Martin and Eric Larson and our hero.

Re: Jerry Varnell "bombing" case.
Brent Elisens is a hero. More to come.
https://m.facebook.com/story.php?story_fbid=132139670844197&id=100021444950039

Share everywhere! Let's see the corrupt FBI do their little $10 dance.

**Voice 006.m4a**
drive.google.com

 17     13 Comments · 20 Shares

 Like     Comment


DEFENDANT'S EXHIBIT 3
17-CR-239-M