JUROR NUMBER

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

## PRELIMINARY INSTRUCTIONS

You have been selected to potentially serve as a juror for a federal criminal trial to be held at the United States District Court, Oklahoma City, Oklahoma. Jury service is one of the highest duties and privileges of a citizen.  The participation of people like yourself is essential to the proper administration of justice.

The enclosed questionnaire is provided to you to fill out. It must be filled out by you personally and not given to someone else to fill out on your behalf. Once complete, please return it to the Clerk of Court by _____**, 2018**. It can be returned by regular postal mail in the enclosed pre-paid, self-addressed envelope.  **PLEASE NOTE** that your completed questionnaire will remain confidential and not become part of the public record.

The questionnaire is designed to help simplify and expedite the jury selection process. Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury.  The questions are not intended to unnecessarily inquire into personal matters, and all information in this questionnaire will be kept confidential. Your cooperation is of vital importance.

Please answer all the questions as fully as possible. There are no "right" or "wrong" answers; only truthful answers.  If you have any questions write them on the form. If you don't know the answer to a question then write, "I don't know."  If the question does not apply to you, write "N/A". **DO NOT LEAVE ANY QUESTION BLANK.**  If you need more space for your responses or wish to make further comments regarding your answers, please use the Explanation Sheet at the end of the questionnaire.  Put the number of the question you are answering on the Explanation Sheet before you write the response or comment.

Use a dark color pen only so it can be copied. Do not write on the back of any page, only the front pages will be copied.  **PLEASE PRINT OR WRITE LEGIBLY**. When you have finished answering the Questionnaire, you must sign your name.  In that signature page you are affirming the accuracy of your answers.

The Court thanks you for your time and willingness to serve as a juror. It is an important duty of citizenship in our country.

JUROR NUMBER

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA
## JUROR QUESTIONNAIRE - HARDSHIP

The trial begins on Monday, _____, 2018. The Court and the parties estimate that the trial in this case will last approximately three weeks. It is anticipated that the jury in this case will be sitting four days per week, Monday through Thursday, 8:30 a.m. to 5:30 p.m. Employers are required by law to give jurors time off for jury service while holding their jobs for them. They are not required to pay jurors their wages during jury service, though some do.  Jurors are paid a modest daily attendance fee.  Mileage and parking are also paid, and those jurors living a distance from the courthouse will be provided hotel lodging at their request.

The Court recognizes that not everyone can serve on a case of this length. However, mere inconvenience of jury service will not be enough to excuse you. You must show that service in this case would cause an undue hardship or extreme inconvenience or both. Would you have an *undue* hardship or *extreme* inconvenience if chosen for this case?

_____ **YES**,   I would have a undue hardship or extreme inconvenience if chosen for this case.  Please explain your hardship below, including what you could do to alleviate it. You must still complete the entire questionnaire.

_____ **NO**,    I would not have a undue hardship or extreme inconveience if chosen for this case. Please move onto the next section of the questionnaire.

If **YES**, please explain the hardship and write legibly.

Please explain your hardship including what you can do to alleviate it:

_____

_____

_____

_____

_____

_____

_____

2

1.      Age: _____

2.      Gender: _____

3.      In what city, state, and country were you raised: _____

      (a)     If you were born outside the United States, are you a naturalized citizen?

            [ ] Yes                    [ ] No

            If "yes," please explain:

            _____

            _____

      (b)     Did you or anyone close to you immigrate to the United States?

            [ ] Yes                    [ ] No

            If "yes," please indicate your relationship with the individual who immigrated to the United States, when, and from where: *Please do not list the person's name*

            _____

            _____

4.      In which city or town do you currently live? _____

      (a)     How long have you lived at your present address? _____

      (b)     Who lives with you?
            *Do not list the individuals' names. Only indicate their relationship to you (e.g., spouse, daughter, stepson, etc.) and their ages.*

            _____

      (c)     Which of the following best describes your residence?

            [ ] Rental house                    [ ] Own home
            [ ] Rental apartment              [ ] Own mobile home
            [ ] Own condominium            [ ] Other: _____

5.      What is your race and/or ethnicity and that of your spouse, domestic partner, or significant other (if applicable):

3

JUROR NUMBER

Yours: _____   Spouse/Partner/Significant Other(s): _____

**\*\*Note**: No prospective juror will be excluded on the basis of race, ethnicity, religion, or national
origin.

6.      What is your marital status (check all that apply):

[ ] Single                          [ ] Living with significant other
[ ] Divorced/Separated              [ ] Single, living with roommate(s)
[ ] Married_____years        [ ] Widowed

7.      Do you have any children, step-children, foster children, or grandchildren?

[ ] Yes                    [ ] No

If "yes," please indicate the following in the same manner as the example provided:
*Please do not list the person's name*

| Type of Family Member | Age | Occupation or Education Level | Does this person live with you? |
|---|---|---|---|
| *Stepchild* | *14* | *9th Grade* | *Yes* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4

JUROR NUMBER

8.      What is the highest level of education that you have completed?

_____

Please list your major areas of study or area of concentration, and any degrees, certificates, licenses, etc., that you have received.

_____
_____

9.      Employment Status: Are you currently (check all that apply):

Employed:           [ ] Full-time                    [ ] Part-time
                    [ ] Have more than one job

Unemployed:         [ ] Laid off                     [ ] Looking for work
                    [ ] Not looking for work

Other:              [ ] Homemaker                    [ ] Retired
                    [ ] Disabled

Student:            [ ] Full-time                    [ ] Part-time

                    Subject Studying: _____

10.     What is your current or most recent occupation? _____
        *Please do not name the employer*

        (a)     Are you self-employed?        [ ] Yes        [ ] No

        (b)     If self-employed, what type of business is it? _____

        (c)     Do you work for others?       If yes, what type of business or work do you do?

                _____

11.     If you are married or living with one or more adults, what is that person's employment status and what type of work do they do (if not working now, please indicate any recent prior work)? *Please do not name the employer.*

        _____
        _____

12.     Have you or anyone close to you ever served in the military, including the reserves, National Guard or ROTC, or worked for the military in a civilian capacity?

  [ ] Yes                    [ ] No                    [ ] Don't know

(a)     If you served in the military or National Guard, please answer the following:

    1.     Date(s) of Service: _____

    2.     Date of Discharge: _____

    3.     Type of Discharge: _____

    4.     Branch and Highest Rank: _____

    5.     Did you ever serve in a combat zone?        [ ] Yes          [ ] No

        If yes, where and when? _____

(b)     If someone close to you ever served in the military or worked for the military in a civilian capacity, please answer the following in the same manner as the example provided: *Please do not list the person's name*

| Relationship | Dates of Service | Branch / Highest Rank |
|---|---|---|
| *Sister* | *10/1997 – 11/2008* | *Army / Sergeant* |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

13.    Have you, or anyone close to you ever had any education, training, or experience in the following areas? (Check all that apply)

Law or the Legal Field
[ ] Myself          [ ] Family/Friend

Criminal Justice, Law Enforcement, or Military Justice
[ ] Myself          [ ] Family/Friend

National Security or Intelligence
[ ] Myself          [ ] Family/Friend

Private Investigations
[ ] Myself          [ ] Family/Friend

Corrections, Jails, or Prisons
[ ] Myself          [ ] Family/Friend

Firearms or Explosives
[ ] Myself          [ ] Family/Friend

Chemistry
[ ] Myself          [ ] Family/Friend

Electrical Engineering or Electrician
[ ] Myself          [ ] Family/Friend

Religion
[ ] Myself          [ ] Family/Friend

Counseling, Mental Health, or Social Services
[ ] Myself          [ ] Family/Friend

Immigration or Border Control
[ ] Myself          [ ] Family/Friend

Militia or Prepping/Survival Training
[ ] Myself          [ ] Family/Friend

Question 13 (continued)

If you answered yes by checking any of the boxes above, please state the nature of your education, training, or experience and, if other than yourself, please state the person's relationship to you without naming the person.

_____

_____

_____

_____

_____

_____

_____

14.    (a)    How often do you attend religious services?

[ ] Regularly                    [ ] Occasionally
[ ] Seldom                       [ ] Never

(b)    Have you or anyone in your family ever studied for or served in any position of responsibility in your church, temple, mosque, or other religious organization?

[ ] Yes                          [ ] No

If yes, please explain: _____

15.    Have you ever written to any newspaper, or magazine; called in to a television, radio, or internet program; or written on any internet forum or blog to express your opinion about a political issue or current event?

[ ] Yes                 [ ] No

If yes, please explain: _____

_____

_____

16.    What community, civic, social, union, professional, fraternal, political, religious, environmental, or recreational organizations do you and/or your spouse or partner belong to, or have belonged to recently?

_____

_____

_____

_____

_____

_____

_____

17.    What are your hobbies and interests? What do you like to do in your spare time?

_____

_____

_____

_____

_____

_____

18.    Have you traveled outside the United States in the last ten years?

[ ] Yes          [ ] No

If yes, where and for what purpose? _____

_____

_____

19.     What news sources do you read, listen, or watch regularly?

_____

_____

_____

20.     (a)     What social media sites or apps do you use regularly?

[ ] Facebook          [ ] Twitter          [ ] Instagram          [ ] LinkedIn

[ ] Snapchat          [ ] Other          [ ] I don't use social media

(b)     Do you regularly use social media to comment on politics or current events?

[ ] Yes                [ ] No

If yes, please explain: _____

_____

_____

21.     Have you or anyone close to you ever been a member of, or otherwise involved with, any group that (check all that apply):

[ ]     takes a position on religious, social, political, or legal issues

[ ]     focuses on crime prevention

[ ]     focuses on victims' rights

[ ]     organized a protest of any kind

Question 21 (continued)

If any, please indicate who was involved and the name(s) of the organizations: *please do not list the person's name*

_____

_____

_____

_____

22.   Have you or anyone close to you ever been a member of or otherwise involved with, any group that focuses on gun issues such as gun control, gun safety, or gun rights?

[ ]  Yes          [ ] No

If yes, please explain: _____

_____

_____

23.   (a)   How would you describe your position on firearms or guns?

[ ] Strong supporter of gun rights
[ ] Supporter of gun rights
[ ] Neutral on gun rights
[ ] Supporter of gun control
[ ] Strong supporter of gun control
[ ] Undecided or don't know

(b)   Do you own or regularly carry any firearms? [ ] Yes          [ ] No

24.   Have you ever participated in a protest or rally?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

25.     Some evidence in the trial may relate to the claimed exercise of First Amendment rights of free speech, religion, and assembly and the Second Amendment right to bear arms.  Do you have any opinions or feelings about persons who seek to exercise these rights that would affect your ability to be a fair and impartial juror?

[ ]   Yes          [ ]   No

If yes, please explain:

_____

_____

_____

_____

26.     Have you ever served as a juror?

[ ] Yes, at trial          [ ] Yes, on a grand jury          [ ] No

(a)     Please complete for each case in the same manner as the example provided:

| Approximate Date (Year) | Court - State/Federal | Criminal or Civil | Charges/Allegations | Verdict (yes/no) |
|---|---|---|---|---|
| *2012* | *State* | *Criminal* | *Theft* | *Yes* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Question 26 (continued)

(b)    Have your experience(s) as a juror generally been negative or positive? Explain, if necessary:

_____

_____

(c)    Is there anything about your experience as a juror that would make you not want to serve again or affected your opinion of the jury system?

[ ] Yes       [ ] No

If yes, please explain: _____

_____

(d)    Is there anything about your experience as a juror that would make it difficult for you to sit as a fair and impartial juror in another case?

[ ] Yes       [ ] No

If yes, please explain: _____

_____

27.    Do you or anyone close to you know any of the following individuals:

Judge:                   The Honorable Vicki Miles-LaGrange

Defense Attorneys:     Marna Franklin and Laura Deskin

Prosecutors:           Matt Dillion and Mark Stoneman

[ ] Yes       [ ] No

If yes, please explain: _____

_____

_____

28.     Have you, or anyone close to you, ever been the victim or witness to a crime, whether or not that crime was reported to law enforcement?

        [ ] Yes          [ ] No

        (a)     If yes, please complete for each incident in the same manner as the example:

| Approximate Date (Year) | Victim or Witness | Type of Crime | Reported (yes/ no) | Outcome |
|---|---|---|---|---|
| *2012* | *Witness* | *Car Theft* | *Yes* | *Trial - Acquittal* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

        (b)     Is there anything about that experience that would make it difficult for you to sit as a fair and impartial juror in this case?

        [ ] Yes          [ ] No

        If yes, please explain: _____

        _____

29.     Have you or anyone close to you been a victim of discrimination on the basis of race, gender,

religion, national origin, ethnicity, or sexual orientation?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

30.    Have you or anyone close to you ever been involved in or the target of a criminal investigation or charged with a crime?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

(a)    If yes, do you feel the individual investigated was treated fairly by the criminal justice system?

[ ] Yes          [ ] No

Please explain: _____

_____

_____

(b)    Is there anything about that experience that would make it difficult for you to sit as a fair and impartial juror in this case?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

31.    Have you, or anyone close to you, ever been involved in any legal action or dispute with any

federal, state, or local government body?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

32.   Have you, or anyone close to you, ever worked for, applied to work for, or volunteered for any state or federal law enforcement (e.g. police, sheriff, U.S. Attorneys' Office, Department of Corrections, etc.)

[ ] Yes          [ ] No

If yes, please indicate the relationship of the person and describe the job and agency:

_____

_____

_____

33.   What is your view of prosecutors?

[ ] Positive opinion     [ ] Neutral     [ ] Negative opinion          [ ] No opinion

Please explain: _____

_____

_____

34.   What is your view of criminal defense lawyers?

[ ] Positive opinion     [ ] Neutral     [ ] Negative opinion          [ ] No opinion

Please explain: _____

_____

_____

35.    What is your view of the Federal Bureau of Investigation (FBI)?

[ ] Positive opinion     [ ] Neutral      [ ] Negative opinion          [ ] No opinion

Please explain: _____

_____

_____

36.    (a)    Some witnesses in this case will be law enforcement officers. Do you have any experience or past interactions with law enforcement that would prevent you from evaluating the testimony of law enforcement officers fairly and impartially?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

(b)    Do you have any opinions or feelings about law enforcement that might affect your ability to be a fair and impartial juror?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

37.    (a)    Some evidence in the trial may come from the government's use of informants and/or undercover agents. Do you have any experience or interaction with informants or

undercover agents that might affect how you evaluate the testimony of an informant or undercover agent?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

(b)     Do you have any opinions or feelings about the use of informants or undercover agents that might affect your ability to be a fair and impartial juror?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

38.    (a)     Some evidence in the trial may relate to militia groups or preppers and survivalists. Do you have any experience or interaction with military groups or preppers and survivalists that might affect how you evaluate the testimony of any witness who belongs to a militia?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

Question 38 (continued)

(b)     Do you have any opinions or feelings about militia groups that might affect your ability to be a fair and impartial juror?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

39.     Some evidence in the trial may make reference to the 1995 Oklahoma City bombing. Do you have any opinions or feelings about the Oklahoma City bombing that might affect your ability to be a fair and impartial juror?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

(a)     How familiar are you with the 1995 Oklahoma City bombing?

[ ] Very familiar       [ ] Somewhat familiar       [ ] Not at all familiar

Please explain: _____

_____

40.     Some witnesses in this case may testify through a screen. Would the use of a screen to protect a witness's identity affect how you evaluate the testimony of that witness?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

41.    Have you ever closely followed a criminal court case?

[ ] Yes          [ ] No

If yes, what case(s) and what interested you in the case? _____

_____

_____

42.    Do you have a medical, physical, psychological, or emotional problem, issue, or condition that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

[ ] Yes          [ ] No

(a)    If yes, please explain: _____

_____

_____

(b)    If you believe you could serve as a juror if such condition were accommodated in some way, please state the accommodation:

_____

_____

(c)    If you take medications that you think might affect your ability to serve as a juror, please describe them and their effects: *Example: Xanax – makes me sleepy*

_____

_____

43.    If you are selected to serve as a juror, the judge will instruct you to avoid all media coverage, including social media, relating to this case and to not do your own internet research about to this case. That is, you would be forbidden from reading news articles about this case "googling" this case, blogging/tweeting about it, or posting any comments on social media sites about it. Do you have any reservations or concerns about your ability or willingness to follow this instruction?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

44.    Is there any other matter that you should bring to the Court's attention that may have any bearing on your qualifications as a juror or may affect your ability to render a fair and impartial verdict based solely on the evidence and the Court's instructions on the law?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

45.    Is there any reason why you don't want to be a member of the jury?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____

46.    Do you have any difficulty speaking, reading, or understanding English?

[ ] Yes          [ ] No

If yes, please explain: _____

_____

_____


47.    Your answers to this questionnaire will remain confidential and will only be provided to the court and the parties to the case. However, the court or the parties may have some follow-up questions regarding your responses. Is there any specific question, or any other matter or issue, that you deem private and sensitive such that you request your response not be discussed in open court?

[ ] Yes          [ ] No

If yes, please list the number of the question or the issue: _____

_____

_____

_____

_____

**EXPLANATION SHEET**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**


**AFFIRMATION**


I, _____, declare under penalty of perjury that the responses

I provided in this juror questionnaire are my own responses and the information is true and

correct to the best of my knowledge and belief.


Executed in the Western District of Oklahoma, on this _____ day of

_____, 2018.


_____
Signature