# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☐   Felony ☑   Case No. CR-17-239-M

Number of Counts __2__   Number of Defendants __1__   USAOID No. _____   By: __kh__

**SUPERSEDING INDICTMENT**

Sealed: Yes ☐ No ☑   OCDETF: Yes ☐ No ☑   Notice ☑   Summons ☐   Writ ☐   Warrant ☐   to Issue

| DEFENDANT: JERRY DRAKE VARNELL | APR 17 2018 |
|---|---|
| Alias(es): | Address: |
|  | Phone: |

Age&DOB: xx/xx/1994 (23)   SS#: xxx-xx-4677   Juvenile: Yes ☐ No ☑   Interpreter: Yes ☐ No ☑

SEX: M ☑ F ☐   RACE: White   Language/Dialect: English

**Defendant Status:**

☐ Not in Custody

Type of Bond Recommended on this Charge:
OR ☐   Cash ☐   10% ☐   Unsecured ☐   Surety ☐

Bond set at: $ ____   Date: ____
Current Bond on Other Charge   Federal ☐   State ☐

Bond in Amount of: $ ____

☑ In Jail at: Grady County, Oklahoma   Under Prisoner/Register No.: ____   Detention ☑

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

Case No. M-17-368   Government Motion to Detain: Yes ☑   No ☐

Complaint: Yes ☑   No ☐   Bond Set: ____   Date: ____

**Related Case Information:**

Previous Case No. ____   Rule 20/Rule 5 from District of: ____

Additional Defendants: Yes ☐   No ☐   Total Number of defendants: ____

RECEIVED APR 17 2018

**Attorney Information:**

| Defense Counsel: Marna Franklin | AUSA: Matt Dillon / Mark Stoneman |
|---|---|
| Address: 620 N. Robinson, Suite 203  Oklahoma City, Oklahoma 73102 | Phone: 405/553-8700   Fax: 405/553-8888 |
| Phone: 405-239-2726   Fax: 405-605-2284 | Federal Agent/Agency: FBI |
| Retained ☐   CJA Panel ☑   Public Defender ☐ | Local Agent/Agency: |

CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 844(i) | Malicious attempted destruction of property used in and affecting interstate commerce. | NLT 5 years and NMT 20 years, BOP; $250,000 fine, or both; a term of supervised release of any term of years or Life; and a $100 special assessment. |
| 2 | 18 U.S.C. § 2332a | Attempted Use of a Weapon of Mass Destruction | Any terms of years or life imprisonment. |

Date: 4/17/18   Signature of AUSA _____   800/6-97