# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CR-17-239-M |
| | ) |
| JERRY DRAKE VARNELL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is defendant's counsel's Motion for Appointment of Co-Counsel, filed May 2, 2018. Upon review of the motion, and having considered the Criminal Justice Act guidelines found at 18 U.S.C. § 3006A, the Court finds that to ensure that defendant Jerry Drake Varnell is provided constitutionally adequate representation, based on the nature of this case, the appointment of an additional attorney is necessary to an adequate defense. Accordingly, the Court GRANTS defendant's counsel's Motion for Appointment of Co-Counsel [docket no. 135] and APPOINTS Vicki Zemp Behenna as co-counsel for defendant Jerry Drake Varnell.

**IT IS SO ORDERED this 3rd day of May, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE