UNITED STATES DISTRICT COURT

IN THE WESTERN DISTRICT COURT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff, | }<br>}<br>} | |
| v. | } | 17-CR-239-M |
| | } | |
| JERRY DRAKE VARNELL,<br>          Defendant. | }<br>}<br>} | |

NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION

COMES NOW the Defendant, Jerry Drake Varnell, by and through his Counsel Marna Franklin, and hereby gives notice that he intends to introduce expert evidence relating to a mental disease or defect of the defendant bearing on the issue of guilt.   This notice is given pursuant to Federal Rules of Criminal Procedure, Rule 12.2(b)(1) and with the Court's permission found at Document 152.

Respectfully submitted,

                                      s/Marna Franklin_____
                                      Marna Franklin, OBA #17148
                                      Franklin Law Firm, P.C.
                                      620 N. Robinson, Suite 203
                                      Oklahoma City, Oklahoma  73102
                                      Phone: (405) 239-2726
                                      Fax: (405) 605-2284
                                      mfranklin@demandproof.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of June, 2018, an electronically transmitted the attached document to the Clerk of Court using the ECF System for filing to:

Matthew Dillion, Mark R. Stoneman
Assistant U.S. Attorneys
210 West Park Avenue, Suite 400
Oklahoma City, OK  73102


                                      s/Marna Franklin_____