FD-302 (Rev. 5-8-10)

-1 of 1-



UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  06/26/2017

The writer drafted handwritten instructions detailing how to utilize a fusing system prepared for this investigation. A scanned image of the instructions is maintained as a part of this file.



UNCLASSIFIED//FOUO

Investigation on 06/26/2017 at Oklahoma City, Oklahoma, United States (In Person)

File # 266T-OC-2131945                                    Date drafted 06/26/2017

by Barry T Black

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

VAR_000110