FD-888 (Rev. 5-6-2014)                          Unclassified

# LAW ENFORCEMENT OPERATIONS ORDER

| CASE ID NUMBER  266T-OC-2131945 | |
|---|---|
| FIELD DIVISION/SQUAD  Oklahoma City/SQ4 | |
| Date Prepared  08/01/2017 | Planned Operation Date  08/12/2017 |

| CASE TITLE | JERRY DRAKE VARNELL |
|---|---|
| | AOT-DT-MILITIA EXTREMISM; |
| | TIER 6 |
| | |
| | |

| CASE AGENT/OFFICE SA Eric A. Larsen | Telephone Number ███████ |
|---|---|
| ALTERNATE CASE AGENT/OFFICE TFO Brian T. Martin | Telephone Number ███████ |

## SITUATION/MISSION

| Type of Operation | Activity Location |
|---|---|
| ☐ Arrest<br>☑ Search<br>☑ Surveillance<br>☐ Seizure<br>☑ Other | BANCFIRST<br>101 N. Broadway Ave<br>OKC, OK |

Warrant Information
☐ Warrant Verified

Overall Mission Concept (Brief statement of who, what, why, when, and where)
Surveillance of delivery of INERT VBIED to BANCFIRST by Jerry Drake Varnell on 8/12/2017.

**CAUTION STATEMENT**
Varnell should be considered dangerous due to his participation in the assembly and delivery of VBIED.

(U) LAW ENFORCEMENT SENSITIVE: The information marked (U//LES) in this document is the property of the Federal Bureau of Investigation and may be distributed within the federal government (and its contractors), U.S. intelligence, law enforcement, public safety or protection officials, and individuals with a need to know. Distribution beyond these entities without FBI authorization is prohibited. Precautions should be taken to ensure this information is stored and/or destroyed in a manner that precludes unauthorized access. Information bearing the LES caveat may not be used in legal proceedings without first receiving authorization from the originating agency. Recipients are prohibited from subsequently posting the information marked LES on a Website on an unclassified network without first obtaining FBI approval.

This Document has been prepared by the Federal Bureau of Investigation



Unclassified

VAR_000279

Unclassified

## OTHER LAW ENFORCEMENT PERSONNEL

Identify personnel who are not directly involved in the operation, but may support the overall mission (e.g., mass interviews, evidence technicians, photo specialists, intelligence analysts, Command Post personnel, traffic control, etc.)

| NAME | AGENCY | ASSIGNMENT | SIGNAL# | CELLULAR# |
|------|--------|-----------|---------|-----------|
|      |        |           |         |           |
|      |        |           |         |           |
|      |        |           |         |           |
|      |        |           |         |           |
|      |        |           |         |           |
|      |        |           |         |           |
|      |        |           |         |           |
|      |        |           |         |           |
|      |        |           |         |           |
|      |        |           |         |           |

## EXECUTION

### OVERALL PRIMARY PLAN SUMMARY

On 8/12/2017, FBI Agents and Task Force Officers of the Oklahoma City Joint Terrorism Task Force will provide surveillance and coverage on captioned subject as he picks up the INERT VBIED from a storage facility in El Reno, Oklahoma and drives and delivers the INERT VBIED to the Bancfirst building. Captioned subject will deliver the INERT VBIED and walk to a getaway vehicle where UCE-6361 will be waiting. Captioned subject will call the cellular telephone he believes will activate the device. The call will actually be received by SABT Black. Once the telephone call is made, SABT Black will notify the command post. The command post will then give the arrest team notification to execute the arrest captioned subject. The arrest will occur at the PETRO Truck stop located at the intersection of Reno and Martin Luther King Boulevard in Oklahoma City. Following the arrest the vehicle carrying the INERT VBIED will be seized by SABTs and ERT for processing and removal to OKC FBI office.

This Document has been prepared by the Federal Bureau of Investigation

Unclassified

VAR_000282