FD-302 (Rev. 5-8-10)

-1 of 1-

FEDERAL BUREAU OF INVESTIGATION



Date of entry  08/18/2017

The writer met with UCE-6361 to discuss how the inert explosive materials and an electronic fusing/firing system provided for this investigation were designed to function.

Subsequently, handwritten instructions detailing how to arm the device and fire it by calling 304-531-4322 were provided to UCE-6361. The following items were then placed into a vehicle under the control of UCE-6361:

One green ammunition can containing 11 lengths of inert detonating cord

One green ammunition can containing inert explosives described as four (4) Austin Powder cast boosters, four (4) Austin Powder Hornet 100 cast boosters, two (2) sticks of Atlas Gelmax dynamite

A match box containing two (2) inert Austin Powder electric detonators

One fusing/firing system with separate jack plug

Twenty (20) 50 pound bags of an inert ANFO simulant.



| | | |
|---|---|---|
| Investigation on | 08/10/2017 | at Oklahoma City, Oklahoma, United States (In Person) |
| File # | 266T-OC-2131945 | Date drafted 08/16/2017 |
| by | Barry T Black | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

VAR_000278