7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



# FBI Laboratory

2501 Investigation Parkway
Quantico, Virginia 22135

4940 Fowler Road
Huntsville, Alabama 35898

## LABORATORY REPORT

To: Barry T. Black
Oklahoma City

Date: December 14, 2017

Case ID No.: OC-2131945

Lab No.: 2017-03418-2

Communication(s): December 8, 2017

Agency Reference(s):

Subject(s): Jerry Drake Varnell

Victim(s):

Discipline(s): Explosives Device

FBI Laboratory Evidence Designator(s):

Request 1    Request only

This report contains the remarks of the Explosives and Hazardous Device examinations conducted by the Explosives Unit.

**Background:**

At the request of the FBI Oklahoma City Division, the Explosives Unit (EU) provided substitute explosive materials for operational support in FBI Case OC-2131945. Also included were packaging materials for more than 1000 pounds of Ammonium Nitrate Fuel Oil (ANFO).

Substitute explosive materials are visually and physically consistent with authentic commercial explosive products but do not contain live explosives.

On August 30th, 2017, a 1000 pound Large Vehicle Bomb was prepared and detonated by Oklahoma City Special Agent Bomb Technicians on a demolition range at Fort Riley, Kansas. The explosive shot conducted in this demonstration is not intended to serve as an exact replica of a device placed in an urban area. This test was performed in an open air environment with limited witness material and provides a general demonstration of the destructive effects of a 1000 pound large vehicle bomb on its surroundings.

Explosives are a form of matter that can undergo a rapid chemical reaction and release large amounts of energy in a very short time frame. When an explosive material detonates it produces three primary effects: thermal effect, a blast overpressure effect, and a fragmentation effect. These three effects are the fundamental drivers of the destruction that can result from an

Page 1 of 21

UNCLASSIFIED

VAR__

DEFENDANT'S EXHIBIT 5

FD-302 (Rev. 5-8-10)

266T-OC-2131945 Serial 224
- 1 of 1 -

OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry: 04/02/2018

Eric Cunningham, Director of Operations, The Skirvin Hilton Hotel, 1 Park Ave, Oklahoma City, 73102 was interviewed by phone. After being advised of the identity of the interviewing Agent and the nature of the interview, Cunningham provided the following information:

Cunningham stated on the evening of August 11, 2017 into August 12, 2017 the hotel had the following number of occupants between the hours of 10pm and 1 am:

Hotel Staff and Associates: 34

Overnight Guests: 246

Wedding Party Visitors: 100 (approximately)

Total number of persons in the hotel: 380 (approximately)

| | | |
|---|---|---|
| Investigation on | 04/02/2018 at | Oklahoma City, Oklahoma, United States (Phone) |
| File # | 266T-OC-2131945 | Date drafted 04/02/2018 |
| by | Eric A. Larsen | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

VAR_027983