# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

**Oklahoma City, Oklahoma**

**Date: January 30, 2019**

| | |
|---|---|
| **United States of America,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. CR-17-239-D |
| ) | |
| **Jerry Drake Varnell,** ) | |
| ) | |
| **Defendant.** ) | |

ENTER ORDER:

The Court will conduct a pretrial conference, pursuant to Fed. R. Crim. P. 17.1, at 1:30 p.m. on Thursday, February 7, 2019, in chambers, Room 5012.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE TIMOTHY D. DeGIUSTI.

                                                    **Carmelita Reeder Shinn, Clerk**

                                                    **By: /s/ Mike Bailey**
                                                          **Deputy Clerk**

**Copies to all parties of record**