# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CR-17-239-D |
| JERRY DRAKE VARNELL, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Motion for Leave to File Dispositive Motion Out of Time [Doc. No. 207]. For good cause shown, the motion is GRANTED. Defendant shall file his motion to dismiss on or before February 4, 2019. The United States shall file its response on or before February 7, 2019.

**IT IS SO ORDERED** this 1st day of February 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE