# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-17-239-D |
| ) | |
| JERRY DRAKE VARNELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion to Dismiss the Superseding Indictment for Outrageous Government Conduct and Brief in Support [Doc. No. 212]. The United States has responded in opposition [Doc. No. 218]. The Court will reserve ruling on Defendant's motion to dismiss until after the close of the government's case in chief. *See, e.g., United States v. Pedraza*, 27 F.3d 1515, 1520 (10th Cir. 1994) (the circuit did not criticize the trial court's procedure in reserving a ruling on the defendant's motion to dismiss until after the close of the government's case).

Accordingly, Defendant's Motion to Dismiss the Superseding Indictment for Outrageous Government Conduct and Brief in Support [Doc. No. 212] is RESERVED, as set forth herein.

**IT IS SO ORDERED** this 11th day of February 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE