CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-17-239-D                                    DATE February 13, 2019

STYLE:   UNITED STATES v. Jerry Drake Varnell

PROCEEDINGS:          (FURTHER) NON-JURY TRIAL          (FURTHER) JURY TRIAL

COMMENCED   9:00         ENDED   12:15
COMMENCED   1:30         ENDED   5:30                    TOTAL TIME:  6  Hrs.  35  Mins.

JUDGE Timothy D. DeGiusti       DEPUTY CLERK Mike Bailey       REPORTER Christy Clark

Gov't counsel Matthew Dillon, Mark Stoneman

Dft counsel Marna Franklin, Vicki Behenna

Enter as above.      Dft(s) appear(s) in person.      Parties announce ready

Jury duly empaneled and admonished.   Rule invoked on mtn of plf - dft

Plf - Dft make opening statement.   Dft defers same until close of plf's evidence

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted. 1, 2, 3, 4, 100, 101, 102, 105, 111, 112, 113, 201, 202, 203, 204, 205

Dft's exhibits admitted. 3, 5, 27, 28, 29

Plf rests.   Dft's Rule 29 mtn for _____   GRANTED   DENIED   UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.   Dft renews mtn for _____   GRANTED   DENIED

Closing arguments. _____   Court instructs the jury. _____   Bailiff sworn. _____

Jury retires to deliberate at _____.   Jury returns with verdict of (Guilty) on counts___ at___.

         Is polled.        Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshal) awaiting sentencing.

Bond set at $_____       (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court Order: Trial to resume at 9:00 a.m., February 14, 2019

CASE NO. <u>CR-17-239-D</u>     DEPUTY M. Bailey JUDGE Timothy D. DeGiusti DATE <u>Feb. 13, 2019</u>

<u>WITNESSES FOR PLAINTIFF</u>   <u>WITNESSES FOR DEFENDANT</u>

1. <u>     Brent Elisens                      </u>   1. _____

2. _____   2. _____

3. _____   3. _____

4. _____   4. _____

5. _____   5. _____

6. _____   6. _____

7. _____   7. _____

8. _____   8. _____

9. _____   9. _____

10. _____   10. _____