CRIMINAL JURY TRIAL

CRIMINAL CASE NO. CR-17-239-D                                     DATE February 14, 2019

STYLE: UNITED STATES v. Jerry Drake Varnell

PROCEEDINGS:         (FURTHER) NON-JURY TRIAL         (FURTHER) JURY TRIAL

COMMENCED  9:00         ENDED  12:00
                                                                  TOTAL TIME: 6 Hrs. ___ Mins.
COMMENCED  1:20         ENDED  5:00

JUDGE Timothy D. DeGiusti      DEPUTY CLERK Mike Bailey      REPORTER Christy Clark

Gov't counsel Matthew Dillon, Mark Stoneman

Dft counsel Marna Franklin, Vicki Behenna, Laura Deskin

Enter as above.    Dft(s) appear(s) in person.    Parties announce ready

Jury duly empaneled and admonished.   Rule invoked on mtn of plf - dft

Plf - Dft make opening statement.   Dft defers same until close of plf's evidence

Plf (presents - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted. 104, 114

Dft's exhibits admitted. 8, 11, 21, 30, 31, 33, 40, 41, 49, 55, 58, 66, 72-74, 84-87, 92, 96, 102, 103

Plf rests.   Dft's Rule 29 mtn for _____        GRANTED   DENIED   UNDER ADVISEMENT

Dft makes opening statement.

Dft (presents - continues) case in chief with testimony of witnesses and rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.   Dft renews mtn for _____        GRANTED   DENIED

Closing arguments. _____   Court instructs the jury. _____   Bailiff sworn. _____

Jury retires to deliberate at _____.   Jury returns with verdict of (Guilty) on counts ___ at ___.

         Is polled.         Is discharged.

Case referred to probation office.

Dft (stands on present bond - remanded to U.S. Marshal) awaiting sentencing.

Bond set at $_____    (cash - surety)

Clerk to prepare and file judgment on jury verdict.

Court orders dft acquitted - Bond exonerated - Released from custody

Court Order: Trial to resume at 9:00 a.m., February 15, 2019

CASE NO. <u>CR-17-239-D</u>     DEPUTY M. Bailey JUDGE Timothy D. DeGiusti DATE <u>Feb. 14, 2019</u>

<u>WITNESSES FOR PLAINTIFF</u>               <u>WITNESSES FOR DEFENDANT</u>

1. <u>     Brent Elisens-Cont'd          </u>     1. _____

2. <u>     Mark Williams                 </u>     2. _____

3. _____              3. _____

4. _____              4. _____

5. _____              5. _____

6. _____              6. _____

7. _____              7. _____

8. _____              8. _____

9. _____              9. _____

10. _____              10. _____