IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, OK

Date: February 15, 2019

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CR-17-239-D |
| | ) | |
| Jerry Drake Varnell, | ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

The material witness warrant having been satisfied, the Court directs the United States Marshal to release Brent D. Elisens from custody.

THE ABOVE ORDER ENTERED AT THE DIRECTION OF UNITED STATES DISTRICT JUDGE TIMOTHY D. DEGIUSTI.

**Carmelita Shinn, Clerk**

**By: /s/Mike Bailey**

**Deputy Clerk**

**cc:   All counsel of record**