# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JERRY DRAKE VARNELL,  )<br>  )<br>              Defendant.  ) | Case No. CR-17-239-D |

## VERDICT

We, the jury, being duly sworn and upon our oaths, find the defendant, JERRY DRAKE VARNELL,

COUNT 1:      Not Guilty _____          Guilty ___✓_____

COUNT 2:      Not Guilty _____          Guilty ___✓_____

2/25/2019
DATE

_[signature]_
JURY FOREPERSON