IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

United States of America,

v.                                                          CR-17-239-D

Jerry Drake Varnell

COURT EXHIBIT

THE JURY HAS

REACHED A VERDICT

Jury Foreperson —