# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-17239 -D |
| ) | |
| JERRY DRAKE VARNELL ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATION ORDER**

Marna Franklin, appointed counsel for defendant Jerry Drake Varnell in the referenced case, has submitted an application for payment to Laura K. Deskin for paralegal services in excess of statutory limits. I certify that due to the complexity of the representation required, the payment claimed is reasonable and is necessary to provide counsel fair compensation for her services herein.   18 U.S.C. § 3006A(e).

ENTERED this 30th day of April 2019.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE