# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,            )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )        Case No. CR-17-239-D
                                     )
JERRY DRAKE VARNELL,                 )
                                     )
    Defendant.                       )

## ORDER

Before the Court is the parties' Joint Motion for Extension of Time to submit sentencing memoranda [Doc. No. 281]. For good cause shown, the Motion is GRANTED. Accordingly, all sentencing memoranda must be filed within 14 days of the Court's ruling on Defendant's *Pro Se* Motion to Remove Counsel [Doc. No. 277].

**IT IS SO ORDERED** this 12th day of September 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge