# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-17-239-D |
| ) | |
| JERRY DRAKE VARNELL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is United States' Motion to continue the Sentencing Hearing [Doc. 314] scheduled for February 24, 2020 at 9:30 a.m. For good cause shown, the Court finds that the motion should be GRANTED. Accordingly, the sentencing hearing is continued to March 23, 2020 at 9:30 a.m.

IT IS SO ORDERED this 18th day of February, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge